UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROBERT SCOTT GOLDEN,<br>　　　Plaintiff, | ) <br> ) <br> ) | |
| vs. | ) <br> ) | 1:05-cv-786-RLY-TAB |
| CHAUTAUQUA AIRLINES, INC., an<br>Indiana Corporation, and JEROME<br>BALSANO, an individual,<br>　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) | |

## FINAL JUDGMENT

Comes now the court, having this day **GRANTED** Defendants' Motion for Summary Judgment, and enters final judgment in their favor and against the Plaintiff herein, Robert Scott Golden.

**SO ORDERED** this 26th day of March 2007.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RICHARD L. YOUNG, JUDGE
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

David J. Carr
ICE MILLER LLP
carr@icemiller.com

Kristopher N. Kazmierczak
KATZ & KORIN
kkazmierczak@katzkorin.com

Brian S. Kenworthy
KATZ & KORIN
bkenworthy@katzkorin.com

Robert B. Kirsh
KATZ & KORIN
rkirsh@katzkorin.com

Cathleen L. Nevin
KATZ & KORIN
cnevin@katzkorin.com

Margaret Dewey Wielenberg
ICE MILLER LLP
margaret.wielenberg@icemiller.com